STATE ex rel. THIEMAN v. PARKINSON, County Treas.

No. 31023.   June 8, 1943.

Rehearing Denied July 6, 1943.

Application for Leave to File Second Petition for Rehearing Denied October 23, 1945.

*162 P. 2d 558.*

Doerner, Rinehart & Stuart, and Jack Langford, all of Tulsa, for plaintiff in error.

Dixie Gilmer, County Atty., and Wm. M. Taylor, Asst. County Atty., both of Tulsa, for defendant in error.

DAVISON, J. This cause is a separate appeal to this court in connection with the same proceedings as set forth and considered in Parkinson v. State ex rel. F. P. Thieman, 196 Okla. 80, 162 P. 2d 551. The plaintiff in error attacks that portion of the judgment wherein relief was denied him in connection with taxes for the years 1928 to 1931, inclusive.

Our decision in 196 Okla. 80, 162 P. 2d 551, supra, is controlling herein and determines all issues in this appeal. The syllabus and opinion in that cause are adopted as the syllabus and opinion in this cause, and the decision of the trial court is accordingly affirmed.

CORN, C. J., and RILEY, WELCH, and HURST, JJ., concur. GIBSON, V. C. J., and OSBORN, BAYLESS, and ARNOLD, JJ., dissent.

### On Rehearing.

ARNOLD, J. (concurring specially). For the reasons stated in my special concurrence in Joe T. Parkinson, County Treasurer of Tulsa County v. State ex rel. F. P. Thieman, 196 Okla. 80, 162 P. 2d 551, I concur in the result.

OSBORN, J., concurs in the views herein expressed.